IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| HSBC Bank USA, N.A., as Trustee of the | ) | |
| Fieldstone Mortgage Investment Trust, | ) | |
| Series 2006-2, | ) | |
| | ) | |
| Plaintiff, | ) | No. 13 CV 7258 |
| | ) | |
| v. | ) | |
| | ) | |
| Nancy Culbertson and Timothy C. Culbertson, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

To:    Megan Christine Adams
       Potestivo & Associates, P.C.
       223 West Jackson Blvd, Suite 610
       Chicago, IL 60601

Please take Notice that on May 11, 2015, I filed with the Clerk of United States District Court for the Northern District of Illinois, the following documents: Defendants' Memorandum In Response to Issues Raised By The Court, a copy of which have been transmitted to you via the Court CM/ECF system.

/s/ Timothy C. Culbertson

CERTIFICATION OF SERVICE

I, the undersigned attorney, certify that I served the above addressee with a copy of this notice, Defendants' Memorandum In Response to Issues Raised By The Court by causing the same to be delivered via the Court's CM/ECF system on this 11th day of May, 2015.

/s/ Timothy C. Culbertson

Timothy C. Culbertson
ARDC No. 6229083
1107 Lincoln Avenue
Fox River Grove, Illinois 60021
(847) 913-5945